IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| MARK A. HANSON,<br><br>    Plaintiff,<br><br>    v.<br><br>JO ANNE B. BARNHART,<br>Commissioner of Social Security,<br>    Defendant. | Civil No. CV-06-0048-CI<br><br><br><br>ORDER FOR REMAND |

Based on the stipulation of the parties,

**IT IS ORDERED** that the above-captioned case be reversed and remanded, pursuant to sentence four of 42 U.S.C. § 405(g), for further administrative proceedings, including, but not limited to, the following actions:

- The ALJ will conduct a new hearing, further develop the record, and issue a new decision;
- The ALJ will reevaluate the medical opinions of record; specifically the opinions of Mark Lakovics, M.D., and Susan Dragovich, Ph.D.
- The ALJ will re-assess Plaintiff's RFC; and

- The ALJ will re-evaluate steps four and five of the sequential evaluation process with the assistance of a vocational expert if necessary.

Judgment shall be entered for the Plaintiff.  An application by separate motion for attorney fees under the Equal Access to Justice Act, 29 U.S.C. § 2412(d) may be filed for consideration by the court.

The District Court Executive is directed to enter this Order, provide copies to counsel and close the file.

DATED August 24, 2006.

S/ CYNTHIA IMBROGNO<br>
UNITED STATES MAGISTRATE JUDGE